# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**
**CLERK OF COURT**

TELEPHONE: 202-275-8000

January 06, 2014

To: Joseph Leventhal

Re:  14-1156 - Lumen View Technology v. Findthebest.com, Inc

**NOTICE OF REJECTION**

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- The attorney who signed the Entry of Appearance (Joseph S. Leventhal) is not admitted to the bar of this court. (On your entry of appearance it states that the application is pending, however, we have not received your application as of 1/6/14.

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Damian Wasserbauer