**2014-1156**

## United States Court of Appeals
## For the Federal Circuit

**LUMEN VIEW TECHNOLOGY, LLC,**

*Appellant,*

*v.*

**FINDTHEBEST.COM, INC.**

*Appellee,*

*On Appeal from the United States District Court for the Southern District of New York in case No. 13-3599, Judge Denise L. Cote.*

**LETTER REGARDING BRIEFING SCHEDULE**

Appellant Lumen View Technology, LLC and Appellee Findthebest.com, Inc. respectfully advise the Court in view of the June 19, 2014 decision in *Alice Corp. Pty. Ltd. v. CLS Bank Int'l*, 573 U. S. ____ (2014) that (1) briefing should commence and (2) the schedule should be set by the Court.

Dated: July 3, 2014                         Respectfully submitted,

                                            AETON LAW PARTNERS LLP

                                            */s/ Damian Wasserbauer/*
                                            Damian Wasserbauer, Esq.
                                            *Attorney for Appellant*

1

*Lumen View Technology L.L.C.*101

Centerpoint Drive, Ste. #105
Middletown, CT 06457
Telephone: (860) 398-6031
damian@aetonlaw.com

# **CERTIFICATE OF INTEREST**

Lumen View Technology, LLC v. Findthebest.com, Inc.
Appeal No. 2013-1156

Counsel for Appellant Lumen View Technology, LLC certifies the following in accordance with Fed. R. App. P. 26.1 and Fed. Cir. R. 47.4(a):

1. **The full name of every party or amicus represented by me is:**

Lumen View Technology, LLC

2. **The name of the real party in interest represented by me is:**

Lumen View Technology, LLC is the real party in interest.

3. **All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned counsel for Lumen View Technology, LLC (a private nongovernmental party) certifies that it has no corporate parent and there are no publicly held corporations that own 10% or more of its stock.

4**. The names of all law firms and the partners and associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:**

Damian Wasserbauer and AETON LAW PARTNERS LLP
101 Centerpoint Dr., Ste. 105,
Middletown, CT 06457

# DECLARATION OF AUTHORITY PURSUANT TO
# FEDERAL CIRCUIT RULE 47.3

Pursuant to Rule 47.3(d) of the Rules of the Unites States Court of Appeals for the Federal Circuit, I, Damian Wasserbauer, hereby swear under penalty of perjury pursuant to 28 U.S.C. § 1746 that each of the following attorneys has authorized me to sign the foregoing Letter on his behalf:

Joseph S. Leventhal for *Appellee* Findthebest.com, Inc.

Executed: July 3, 2014　　　　　　　　　　　　　　/s/ Damian Wasserbauer
　　　　　　　　　　　　　　　　　　　　　　　　　　Damian Wasserbauer