NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**LUMEN VIEW TECHNOLOGY LLC,**
*Plaintiff-Appellant,*

v.

**FINDTHEBEST.COM, INC,**
*Defendant-Appellee.*

2014-1156

Appeal from the United States District Court for the Southern District of New York in No. 1:13-cv-03599-DLC, Senior Judge Denise Cote.

**O R D E R**

The parties inform the court that in light of *Alice Corp. Pty. Ltd. v. CLS Bank Int'l,* 134 S.Ct. 2347 (2014), they wish to proceed with the appeal.

Accordingly,

IT IS ORDERED THAT:

(1) The stay is lifted.

(2) Appellant's opening brief is due 60 days from the date of this order. Due dates for subsequent briefs and the joint appendix are to be calculated according to Fed. Cir. R. 30 & 31.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26